No. 97–5610. BOSCHETTI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5612. GONZALEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5700. PASTOR-ALVAREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–5752. TALLEY *v.* HERMAN, SECRETARY OF LABOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5936. JENNINGS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–6233. TUCKER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6278. MCKELLIP *v.* SORRELL, ANDERSON, LEHRMAN, WANNER & THOMAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6281. KOENIG *v.* MARYLAND ET AL. Ct. App. Md. Certiorari denied.

No. 97–6282. CHRISTOPHER *v.* CIRCLE K CONVENIENCE STORES, INC., ET AL. Sup. Ct. Okla. Certiorari denied.

No. 97–6285. BROWNING *v.* CENTINELA HOSPITAL MEDICAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 97–6288. SHARP *v.* CALKINS ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–6295. HOLT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–6298. GORDON *v.* DETROIT PUBLIC SCHOOLS ET AL. Ct. App. Mich. Certiorari denied.

No. 97–6299. GOODING *v.* CORBETT, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.